UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Jacob Chappell

                        Plaintiff,

v.                                              Case No.: 1:17–cv–03365
                                                              Honorable Amy J. St. Eve

Reliance Globalcom Services, Inc

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 3, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's Rule 41(a)(2) motion for voluntary dismissal [29] is granted. This case is hereby dismissed without prejudice with leave to reinstate by 12/4/17. After 12/4/17, the dismissal will automatically convert to a dismissal with prejudice unless either party files a motion to vacate or enforce the parties' agreement prior to 12/4/17. All other pending dates and deadlines are stricken. Honorable Jeffrey T. Gilbert no longer referred to the case. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.